

**ORDERED in the Southern District of Florida on October 7, 2022.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                      CASE NO. 22-13604-LMI
                                                            CHAPTER 13
MARIA TORRES

    Debtor
_____/

### ORDER GRANTING CREDITOR, DEUTSCHE BANK'S, MOTION FOR PROSPECTIVE RELIEF FROM THE AUTOMATIC STAY (Doc. No. 83)

THIS CAUSE came on for hearing before the Court on October 6, 2022 at 9:00 a.m. upon the Motion for Prospective Relief from the Automatic Stay filed by Secured Creditor, Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5 (Doc. No. 83), (the "Motion"). The Court having reviewed the Motion, and finding that for the reasons stated on the record, Debtor's actions demonstrate an intent to hinder, delay or defraud the Creditor with regard to the foreclosure action pending in Miami-Dade Circuit Court under Case No. 2018-025552-CA-01, it is

**ORDERED that**:

1. Movant's Motion for Prospective Relief from the Automatic Stay is hereby GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. §362 is terminated as to Movant's interest in the following property:

**LOT 95, BLOCK 35, OF LAKES OF THE MEADOW SECTION FOUR, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 118, PAGE 78, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.
Property Address: 4750 SW 156 Place, Miami, FL 33185**

3. The automatic stay is modified for the sole purpose of allowing Movant to complete, *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have against the property, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

4. The automatic stay is terminated as to the Debtor or any other individual or entity claiming an interest in the subject property, for a period of two (2) years, to allow Movant to pursue its *in rem* remedies.

5. Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

6. This order shall be served on the Clerk of Court for Miami-Dade County to be filed in CASE NO. 2018-025552-CA-01.

###

Attorney Fran E. Zion, Esquire is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.